```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3054 |
| | ) | |
| v. | ) | |
| | ) | |
| ALONSO SOLORIO-GARIBAY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. The government's unopposed motion to continue the deadline for filing briefs regarding the disclosure of confidential informant information, filing 15, is granted.

2. The parties are given until August 15, 2005 to file a brief, under seal, regarding any disagreements on the production of information from confidential informants and any protective measures that should be adopted by the court respecting producing the information and disclosures or, in the alternative, to present a proposed order to the undersigned granting relief in accordance with their agreement.

3. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between July 13, 2005 and August 15, 2005 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 25th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge